| | FILED | OPEN | RECEIVED |
|---|---|---|---|
| | ENTERED | COURT | SERVED ON |

COUNSEL/PARTIES OF RECORD

**SEP 29 2020**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

1   NICHOLAS A. TRUTANICH
    United States Attorney
2   Nevada Bar Number 13644
    JARED L. GRIMMER
3   Assistant United States Attorney
    501 Las Vegas Boulevard South, Suite 1100
4   Las Vegas, Nevada 89101
    Telephone: 702-388-6378
5   jared.l.grimmer@usdoj.gov

6   *Attorneys for Plaintiff*
    *The United States of America*

7

8                  **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**

9   UNITED STATES OF AMERICA,              Case No. 2:20-mj-00847-NJK

10                  Plaintiff,             **Stipulation for an Order**
                                           **Directing Probation to Prepare**
11          v.                             **a Criminal History Report**

12  JESUS ADAIR ALMANZA-FERREIRA,
        aka "Jesus Almanza,"
13      aka "Jesus Alamanza-Ferreira,"
        aka "Jesus Alamanza,"
14
                    Defendant.
15

16

17          IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

18  Trutanich, United States Attorney, and Jared L. Grimmer, Assistant United States

19  Attorney, counsel for the United States of America, and  Robert O'Brien            ,

20  Assistant Federal Public Defender, counsel for Defendant JESUS ADAIR ALMANZA-

21  FERREIRA, that the Court direct the U.S. Probation Office to prepare a report detailing the

22  defendant's criminal history.

23          This stipulation is entered into for the following reasons:

24

1      1.     The United States Attorney's Office has developed an early disposition

2  program for immigration cases, authorized by the Attorney General pursuant to the

3  PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has

4  extended to the defendant a plea offer in which the parties would agree to jointly request an

5  expedited sentencing immediately after the defendant enters a guilty plea.

6      2.     The U.S. Probation Office cannot begin obtaining the defendant's criminal

7  history until after the defendant enters his guilty plea unless the Court enters an order

8  directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of

9  a defendant's initial appearance when charged by indictment.

10      3.     The U.S. Probation Office informs the government that it would like to begin

11  obtaining the criminal history of defendants eligible for the early disposition program as

12  soon as possible after their initial appearance so that the Probation Office can complete the

13  Presentence Investigation Report by the time of the expected expedited sentencing.

14      4.     Accordingly, the parties request that the Court enter an order directing the

15  U.S. Probation Office to prepare a report detailing the defendant's criminal history.

16      DATED this 29th day of September, 2020.

17                                 Respectfully submitted,

18

19                                 NICHOLAS A. TRUTANICH
                                  United States Attorney

20  /s/ Robert O'Brien                /s/ Jared L. Grimmer
                                  JARED L. GRIMMER

21  Assistant Federal Public Defender     Assistant United States Attorney
    Counsel for Defendant JESUS ADAIR

22  ALMANZA-FERREIRA

23

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JESUS ADAIR ALMANZA-FERREIRA,
  aka "Jesus Almanza,"
  aka "Jesus Alamanza-Ferreira,"
  aka "Jesus Alamanza,"

      Defendant.

Case No. 2:20-mj-00847-NJK

**Order Directing Probation to Prepare a Criminal History Report [Proposed]**



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

      Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

      IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

      DATED this 29 day of September, 2020.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE