# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ADAIR ALMANZA-FERREIRA,<br>　aka "Jesus Almanza,"<br>　aka "Jesus Alamanza-Ferreira,"<br>　aka "Jesus Alamanza,"<br><br>　　　　Defendant. | Case No. 2:20-cr-00306-KJD-DJA<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Jesus Adair Almanza-Ferreira,* is unsealed.

**DATED** this __10th__ day of December, 2020.

　　　　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Kent J. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge